UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-13708 |
| | | CHAPTER 13 |
| RANDALL BRYANT | | |
| CHERYL L. BRYANT | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916300 | $135.10 |

Creditor(s)
Fifth Third Bank
1850 East Paris
MD/ROPS05
Grand Rapids, MI 49546

                      Respectfully submitted,

/s/    Margaret A. Burks, Esq.
        Margaret A. Burks, Esq.
        Chapter 13 Trustee
        Attorney No. OH 0030377

        Francis J. DiCesare, Esq.
        Staff Attorney
        Attorney No. OH 0038798

        Karolina F. Perr, Esq.
        Staff Attorney
        Attorney No. OH 0066193

        600 Vine Street, Suite 2200
        Cincinnati, OH 45202
        (513) 621-4488
        (513) 621 2643 (Facsimile)
        mburks@cinn13.org - Correspondence only
        fdicesare@cinn13.org
        kperr@cinn13.org
        cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, December 16, 2009.

                                                 /s/    Margaret A. Burks, Esq.
                                                       Margaret A. Burks, Esq.

| | |
|---|---|
| Fifth Third Bank<br>1850 East Paris<br>MD/ROPS05<br>Grand Rapids, MI 49546 | Debtor(s) Counsel<br>HAROLD JARNICKI, ESQ.<br>576 MOUND COURT SUITE B<br>LEBANON, OH  45036 |
| Debtor(s)<br>RANDALL BRYANT<br>CHERYL L. BRYANT<br>6854 FOUNDERS ROW<br>APT. 101<br>WEST CHESTER, OH  45069 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |

Registry_Deposit_for_Creditor